IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DOUGLAS R. LEWIS,**
      **Plaintiff,**

vs.                                         **Case No. 3:09cv72/WS/MD**

**RON MCNESBY, et al.,**
      **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this action on February 25, 2009 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). On March 20, 2009, the court entered an order granting leave to proceed *in forma pauperis* and assessing plaintiff $9.35 as an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A). Plaintiff was ordered to submit payment of the initial partial filing fee within thirty days, and warned that failure to do so would result in a recommendation of dismissal of this action (doc. 9).

Plaintiff did not respond to the order.[1] Accordingly, on May 4, 2009 this court issued an order directing plaintiff to show cause, within twenty days, why this case should not be dismissed for failure to comply with an order of the court (doc. 12). A copy of the order was mailed to plaintiff at his address of record, the Escambia County Jail. However, it was returned as undeliverable on May 13, 2009, marked "Return to Sender - No Longer At This Address." (Doc. 13). To date, plaintiff has not informed the court of his current address or paid the initial partial filing fee.

Accordingly, it is respectfully RECOMMENDED:

---

[1] Although plaintiff wrote a letter to the court on March 23, 2009 informing the court that when he received the March 20, 2009 order the envelope had been opened and taped shut, he made no mention of the initial partial filing fee. (Doc. 10).

1.  That this case be **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to keep the court informed of his current address and failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 27th day of May, 2009.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>   A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 3:09cv72/WS/MD*