IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS R. LEWIS,

       Plaintiff,

v.                                                                 3:09cv72-WS

RON MCNESBY, et al.,

       Defendants.

_____

ORDER OF DISMISSAL

       Before the court is the magistrate judge's report and recommendation (doc. 14) docketed May 27, 2009.  The magistrate judge recommends that this case be dismissed for the plaintiff's failure to comply with an order of the court and to keep the court informed of his current address.  The plaintiff's copy of the report and recommendation was returned to the court as undeliverable.  Doc. 15.

       Upon review of the record, this court has determined that the recommendation should be adopted.

       Accordingly, it is ORDERED:

       1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

       2.  The plaintiff's complaint and this action are hereby DISMISSED without prejudice for the plaintiff's failure to comply with an order of the court and to keep the court informed of his current address.

DONE AND ORDERED this     10th      day of      June     , 2009.


                                       s/ William Stafford
                                       WILLIAM STAFFORD
                                       SENIOR UNITED STATES DISTRICT JUDGE